# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED JANUARY 6, 2026

---

### NO. 03-24-00070-CV

---

**Daneshjou Family Limited Partnership, Appellant**

**v.**

**VSD Trust 2016-1; VSD 2016-1 TRS 1 LLC; VSD 2017-PLT1 LLC; and
Trimont Real Estate Advisors, LLC, Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the final summary judgment signed by the trial court on November 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that Appellant failed to show that there was reversible error in the judgment. Therefore, the Court affirms the trial court's final summary judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.